

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 16, 2021

**BY ECF**
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re: *United States v. Pellot*, 21 Crim. 187 (LTS)

Dear Chief Judge Swain:

    The Government respectfully submits this letter to request that time be excluded under the Speedy Trial Act between today and the initial conference currently scheduled for January 11, 2022.

    An exclusion of time under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the parties to produce and review discovery and discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A). Defense counsel does not object to the exclusion of time.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Kevin Mead*
    Kevin Mead
    Assistant United States Attorney
    (212) 637-2211

CC:    Ariel Charlotte Werner, Counsel for Natanael Pellot (by ECF)

---

The application is granted. The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through January 11, 2022, outweigh the best interests of the public and the defendant in a speedy trial, for the reasons set forth above. DE#13 resolved.

SO ORDERED.
Dated: December 17, 2021
/s/ Laura Taylor Swain, Chief U.S.D.J.