**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 14, 2022

**BY ECF**

**MEMO ENDORSED**

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Natanael Pellot*, 21 Cr. 187 (LTS)

Dear Chief Judge Swain:

    I write with the consent of the Government to request a 60-day adjournment of the conference presently scheduled for March 29, 2022 in the above-captioned case. This is the first request by any party for an adjournment in this case. Additional time would allow the defense to continue reviewing discovery and would permit the parties to undertake discussions regarding a possible pretrial disposition. The parties consent to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the next scheduled conference. Thank you for your consideration of this request.

    Respectfully submitted,

    /s/ Ariel Werner
    Ariel Werner
    Assistant Federal Defender
    212.417.8770
    ariel_werner@fd.org

cc:    Elizabeth Espinosa, Assistant U.S. Attorney

Application granted. The pretrial conference currently scheduled for March 29, 2022, is adjourned to May 25, 2022, at 2:30 p.m. The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through to May 25, 2022, outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above. DE#23 resolved.

SO ORDERED.
Dated: March 15, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.