**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 18, 2022

**BY ECF**

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Natanael Pellot*, 21 Cr. 187 (LTS)

Dear Chief Judge Swain:

I write on behalf of Natanael Pellot to request a bail modification. On December 15, 2021, Magistrate Judge Gorenstein set the following bail conditions for Mr. Pellot: a $200,000 personal recognizance bond cosigned by four financially responsible persons; travel restricted to SDNY/EDNY, North Carolina, and points between for travel; surrender travel documents and make no new applications; pretrial supervision as directed; and home detention enforced by electronic monitoring.

A few weeks ago, Mr. Pellot obtained a full-time job. Because he is on home detention, he must submit weekly requests for permission to work, which can prove difficult when his schedule changes. Under the terms of his home detention, he must also make advance requests if he seeks any detour, such as to pick up lunch or coffee. Considering the requirements of home detention, a curfew would be more compatible with Mr. Pellot's lifestyle as a working person. Pretrial Services consents to this modification, and the officer who has been supervising Mr. Pellot in North Carolina does not anticipate any issues should it be granted. The Government defers to Pretrial Services. Thank you for considering our request.

The requested bail modification is granted.
DE#25 resolved.

SO ORDERED.
Dated: March 18, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770

cc:   Elizabeth Espinosa, Assistant U.S. Attorney (By ECF and Email)
      Pretrial Services (By Email)