UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                              No.  21-CR-187 (LTS)

NATANAEL PELLOT,

        Defendant.

-------------------------------------------------------x

### ORDER

The pretrial conference currently scheduled for May 25, 2022, at 2:30 p.m., is hereby rescheduled for **May 24, 2022, at 10:00 a.m.**

SO ORDERED.

Dated: New York, New York
       March 25, 2022

                                                                       /s/ Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                                   Chief United States District Judge