UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                                                         21-CR-187 (LTS)

NATANAEL PELLOT,

                Defendant.

------------------------------------------------------------------------X

## ORDER

The pretrial conference currently scheduled for December 8, 2022, is adjourned to **March 9, 2023, at 12:00 p.m.**  The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through March 9, 2023, outweigh the best interests of the public and the defendant in a speedy trial to facilitate discussions and advice in connection therewith.

    SO ORDERED.

Dated:  New York, New York
          December 5, 2022

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                             Chief United States District Judge