**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 29, 2023

**BY ECF**

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Natanael Pellot*, 21 Cr. 187 (LTS)

Dear Chief Judge Swain:

    I write without objection from the Government to request that Natanael Pellot be excused from personally attending the upcoming September 6, 2023 conference in the above-captioned case.

    Mr. Pellot resides out-of-state and is starting a new job next week. Moreover, it is my expectation that the upcoming conference will largely concern matters of scheduling and may be more pertinent to Marco Fidel Cardona, the most recently arrested defendant in this case, than to Mr. Pellot, who was arrested in 2021. Accordingly, Mr. Pellot respectfully requests that his personal presence be excused and that Federal Defenders be permitted to appear on his behalf.

    Thank you for your consideration of this request.

The foregoing request is granted.
Ms. Werner is permitted to appear
on Mr. Pellot's behalf and Mr.
Pellot's personal attendance is
waived.  DE#58 resolved.
SO ORDERED.
August 29, 2023
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770
ariel_werner@fd.org

cc:   all counsel of record