**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 5, 2023

**BY ECF**

**MEMO ENDORSED**

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Natanael Pellot*, 21 Cr. 187 (LTS)

Dear Chief Judge Swain:

I write on behalf of Natanael Pellot to request a modification to the conditions of his bond allowing him to travel to the Western District of Virginia for work purposes. Mr. Pellot, who lives in North Carolina, is starting a new job with Amazon that will require him to make deliveries about 45 minutes from his home in the area of Danville, Virginia.

Mr. Pellot has been on pretrial release without incident since December 2021. Pretrial has no objection to the proposed modification. The Government defers to Pretrial. Thank you for considering it.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770

cc:   Elizabeth Espinosa, Assistant U.S. Attorney (By ECF and Email)

The foregoing request for modification of the defendant's release conditions to allow travel to the Western District of Virginia for work purposes is granted. DE#60 resolved.
SO ORDERED.
September 5, 2023
/s/ Laura Taylor Swain, Chief USDJ