# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

April 25, 2025

**BY ECF and Email**

**MEMO ENDORSED**

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Natanael Pellot*, 21 Cr. 187 (LTS)

Dear Chief Judge Swain:

    I write on behalf of Natanael Pellot to request a temporary modification to the conditions of his bond allowing him to travel home to Puerto Rico for Mother's Day from May 8 – May 12, 2025. His Pretrial Services/Probation officer in the Middle District of North Carolina, David Bruchon, has no objection to the request. The Government defers to Pretrial. Thank you for your consideration of this request.

                              Respectfully submitted,

                              /s/ Ariel Werner
                              Ariel Werner
                              Assistant Federal Defender
                              212.417.8770

cc:    Elizabeth Espinosa, Assistant U.S. Attorney (By ECF and Email)

---

The foregoing request is granted. DE # 117 is resolved.
SO ORDERED.
4/25/2025
/s/ Laura Taylor Swain, Chief USDJ